## 8653.  ALEXANDER v. CITY OF ATLANTA.

WADE, C. J.   1. The special grounds of the motion for a new trial, complaining of the admission and rejection of evidence, are without merit.

2. The burden was upon the defendant to sustain all the essential allegations in his affidavit of illegality; and the evidence being insufficient to show that the execution was proceeding illegally, a verdict against him was demanded, and the court did not err in so directing.

*Judgment affirmed.  Jenkins and Luke, JJ., concur.*

DECIDED FEBRUARY 7,—REHEARING DENIED FEBRUARY 27, 1918.

Affidavit of illegality of execution; from Fulton superior court —Judge Ellis.   November 4, 1916.

*R. B. Blackburn,* for plaintiff in error.

*J. L. Mayson, S. D. Hewlett,* contra.